Charles Barker III
Defendant in Pro Se
1548 SE 30th Avenue
Portland, Oregon 97214
mortgagerecon@gmail.com
Tel: 503-860-3633

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I, LLC, GREEN POINT MORTGAGE FUNDING TRUST 2006-AR-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1 | |
| Plaintiff | 3'16 CV 1348-BR<br>CASE NO. _____ |
| v. | |
| CHARLES BARKER III, et al | CERTIFICATE OF SERVICE |
| Defendants | |
| v. | |
| WELLS FARGO BANK; BEAR STEARNS, INC.; JP MORGAN CHASE BANK; GREENPOINT MORTGAGE; UNKNOWN SUCCESSOR TO GREENPOINT MORTGAGE; EMC MORTGAGE INC.; ELECTRONIC REGISTRATION SYSTEMS (aka MERS); THE FEDERAL RESERVE BANK; FEDERAL DEPOSIT INSURANCE CORP. (aka FDIC); THE UNITED STATES DEPARTMENT OF THE TREASURY; FIRST AMERICAN TITLE COMPANY, THE LAW OFFICES OF McCARTHY & HOLTHUS, LLP,<br>    and    Roes 1-20 | |
| Cross-Defendants | |

I hereby certify that I served a true copy of the Notice of Removal was served on upon the plaintiffs and their attorneys via U.S. mail and/or electronic mail service directly and to their attorneys of record on June 30, 2016:

McCarthy Holthus
920 SW 3rd Avenue, First Floor
Portland, Oregon 97204

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104

Newly named Cross-Defendants, served directly or via counsel, if known:
WELLS FARGO BANK, N.A., BEAR STEARNS, INC.; JP MORGAN CHASE BANK; GREENPOINT MORTGAGE; UNKNOWN SUCCESSOR TO GREENPOINT MORTGAGE; EMC MORTGAGE INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ) (aka MERS); THE FEDERAL RESERVE BANK; FEDERAL DEPOSIT INSURANCE CORP. (aka FDIC); THE UNITED STATES DEPARTMENT OF THE TREASURY; FIRST AMERICAN TITLE COMPANY, THE LAW OFFICES OF McCARTHY & HOLTHUS, LLP, OFFICE OF THE COMPTROLLER OF THE CURRENCY.

Dated: June 30, 2016

s/*Charles Barker III*
Charles Barker III
Defendant in Pro Se