IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**WELLS FARGO BANK NATIONAL ASSOCIATION,**

        Plaintiff,

    v.

**UNKNOWN HEIRS AND DEVISEES OF ELMER V. DUNHAM, et al.,**

        Defendants.

No. 3:16-cv-01348-MO

ORDER OF REMAND

**MOSMAN, J.,**

It is ORDERED that the above-captioned matter be REMANDED to the Multnomah County Circuit Court. Plaintiff's request for attorney fees is DENIED. Pending motions, if any, are DENIED AS MOOT.

DATED this 12 day of September, 2016.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – ORDER OF REMAND